UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
KENNETH BROWN

        -against-                    ORDER TO SHOW CAUSE
                                            CV10-1756 (CBA)

THOMAS LA VALLEY, Superintendent, Great
Meadow Correctional Facility,
ANDREW CUOMO, Attorney General of
New York State
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
AMON, J.

      Upon the petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. Section 2254 dated **April 20, 2010** a copy of which is appended, it is hereby ordered that:

      1. Petitioner is granted leave to proceed in forma pauperis;

      2. The Attorney General of the state of New York, or the District Attorney of **Kings** County, as attorney for respondent show cause before this Court by the filing of a return to the petition, why a writ of habeas corpus should not be issued;

      3. Within sixty (60) days of the date of this Order, (**August 17, 2010**) respondent shall serve a copy of a return, consisting of necessary affidavits and briefs, on the petitioner and file the original with proof of service, with the Clerk of this Court;

      4. Respondent shall submit the transcript and record of the trial and any hearings to this Court at the time of filing such return; **Respondent is required to electronically file the State Court Record, with no individual attachment to the entry exceeding 5 megabytes. The respondent is also directed to supply a hard copy to Chambers which must be clearly marked "Courtesy Copy, original filed in ECF, docket number CV10-1756."**

      5. Respondent shall submit, at the time of filing such return, copies of petitioner's and the District Attorney's briefs: a) on appeal, b) in connection with proceedings pursuant to section 440 of New York's Criminal Procedure Law, and c) in connection with coram nobis proceedings, if any such proceedings took place, as well as all relevant state court transcripts, decisions and opinions;

      6. Petitioner, within thirty (30) days of receipt by him (**September 15, 2010**) of a copy of the respondent's return shall file his reply, if any, with the Clerk of this Court;

      7. All communications with the Court must be served on the opposing party;

8. Service of a copy of this Order to Show Cause shall be made by the Clerk of this Court by certified mail, together with a copy of the petition to the Attorney General of the State of New York, 120 Broadway, New York, New York 10271 and the District Attorney of **Kings** County, 350 Jay St., 19th Fl., Brooklyn, New York 11201-2908, and by mailing a copy of this Order to the petitioner.

SO ORDERED.

Dated: Brooklyn, New York
June 18, 2010

Carol Bagley Amon
United States District Judge